UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,

                             HON. DENISE PAGE HOOD
                             Case No. 2:21-CR-20046

vs.

JERELL WHITMAN-CRUTCHER II,

       Defendant.
_____/

DEVON E. SCHULTZ
U.S. Department of Justice
211 W. Fort St.
Suite 2001
Detroit, MI 48116
(313) 226-0248
Email: devon.schulz@usdoj.gov

STEFANIE LAMBERT JUNTTILA
Attorney for Defendant
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Email: attorneystefanielambert@gmail.com

SANFORD SCHULMAN
Attorney for Defendant
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Email: saschulman@comcast.net

<u>APPEARANCE OF COUNSEL ON BEHALF OF JERELL WHITMAN-CRUTCHER II</u>

Please take notice that Stefanie Lambert Junttila is appearing as counsel for Defendant Jerell Whitman-Crutcher II.

Respectfully submitted,

/s/STEFANIE LAMBERT JUNTTILA
Stefanie Lambert Junttila, P71303
JERELL WHITMAN-CRUTCHER
500 Griswold Street, Ste. 2340
Detroit, MI 48226
313) 963-4740

December 3, 2021

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to Assistant United States Attorney Devon E. Schultz.

/s/STEFANIE LAMBERT JUNTTILA
Stefanie Lambert Junttila, P71303
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740