UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,                        Case No. 21-cr-20046

v.                                    Hon. Denise Page Hood

D-2 JERELL LEVEINE
WHITMAN-CRUTCHER II.

    Defendants.
_____/

## STIPULATION TO SET DEADLINES
## AND FIND EXCLUDABLE DELAY

The Court previously found that the time period from June 21, 2022 through September 20, 2022 qualifies as excludable delay under the Speedy Trial Act, and set the following deadlines:

- Plea Hearing/Cut-Off and Final Pretrial Conference: August 29, 2022 at 2:30 p.m.

- Trial: September 20, 2022

(ECF No. 82.)  On July 26, 2022, Defendant Frederick Lee Rodgers pleaded guilty pursuant to a Rule 11 plea agreement.  (ECF No. 90.)

By and through their respective counsel, the parties stipulate and agree to a further continuance as to Defendant Jerell Leveine Whitman-

-1-

Crutcher II of the plea hearing/cut-off and final pretrial conference to October 24, 2022 at 2:00 p.m., and of the trial date to November 15, 2022.

The parties further stipulate, and jointly move for the Court to find, that the time period from September 20, 2022, through and including November 15, 2022, qualifies as excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), because the ends of justice served by a finding of excludable delay outweigh the best interests of the public and the defendants in a speedy trial.

The parties stipulate and agree that an ends of justice continuance is appropriate as the parties are in the process of exploring a negotiated resolution of this matter, and would also like additional time for investigation and discovery.

The parties also stipulate and agree that this stipulation and any order resulting therefrom shall not affect any previous order of pretrial detention or pretrial release.

Accordingly, the parties request that the Court find that, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the requested continuance outweigh the best interests of the defendants and the public in a speedy trial, such that the resulting period of delay

shall be excluded in computing the time within which the trial must commence.

**IT IS SO STIPULATED.**

*s/Alyse Wu*
Alyse Wu
Assistant United States Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-9589
alyse.wu@usdoj.gov

*s/Stefanie Lynn Junttila* (with consent)
Stefanie Lynn Junttila
Attorney for Whitman-Crutcher II
500 Griswold Street, Suite 2340
Detroit, MI 48226
248-270-6689
attorneystefanielambert@gmail.com

Dated:  August 25, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,                                     Case No. 21-cr-20046

v.                                                 Hon. Denise Page Hood

D-2 JERELL LEVEINE
       WHITMAN-CRUTCHER II.

    Defendants.

_____/

**ORDER TO SET DEADLINES
AND FIND EXCLUDABLE DELAY**

The Court, having been fully advised by the respective parties, states as follows:

**IT IS ORDERED** that the time period from September 20, 2022, through and including November 15, 2022, shall be deemed excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the Court finds that the ends of justice served in finding excludable delay outweigh the best interests of the public and the defendants in a speedy trial.

Specifically, the Court finds that an ends of justice continuance is appropriate as the parties are in the process of exploring a negotiated resolution of this matter, and would also like additional time for investigation and discovery.

**IT IS FURTHER ORDERED** that the following deadlines will apply to these proceedings:

- Plea Hearing/Cut-Off and Final Pretrial Conference: October 24, 2022 at 2:00 p.m.

- Trial: November 15, 2022

This order shall not affect any previous order of pretrial detention or pretrial release.

**IT IS SO ORDERED.**

Dated: August 26, 2022      s/Denise Page Hood
United States District Judge